FILED 12 JUL '11 12:20 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

Mary Brink,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

Defendant.

CV. 10-6020 JE

ORDER

REDDEN, Judge:

Magistrate Judge John Jelderks issued Findings and Recommendation (# 26) on May 31, 2011. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

*Simi Valley Unified School Dist.*, 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge Jelderks.

The Commissioner's decision denying benefits is reversed and this matter is remanded for reconsideration in accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 12 day of July, 2011.

James A. Redden
United States District Judge