Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARY BRINK<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>   Defendant. | 3:10-cv-06020-JE<br><br>ORDER GRANTING<br>ATTORNEYS' FEES UNDER<br>42 U.S.C. § 406(b) |

   Attorneys' fees in the amount of **$7,516.05** minus the EAJA fees of $4,871.57 previously paid for a total of **$2,644.48** pursuant to 42 U.S.C. § 406(b) are hereby awarded to Plaintiff's attorney.  The court finds that this is a reasonable fee in light of the circumstances in this case. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

   DATED this 7th day of November , 2012

                  /s/ John Jelderks
                  United States Magistrate Judge

Presented by:

 /s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES